UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARK HANSON and HARDY AWADJIE,<br><br>        Plaintiffs,<br><br>vs<br><br>WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES (DSHS), et al.,<br><br>        Defendant. | CV09-5360FDB<br><br><br><br>MINUTE ORDER |

NOW, on this 12th Day of January, 2010, the Court directs the Clerk to enter the following Minute Order:

Pursuant to the Stipulation filed by parties, it is hereby ordered that this action is

STAYED for all purposes, pending the outcome of Pierce County Number 09-2-07031-3.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

.

                                                  **/s/ Pat LeFrois**
                                                  Pat LeFrois
                                                  Courtroom Deputy